UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
THOMAS LIBRETTI, :
:
                       Plaintiff, :
:    22 Civ. 10561 (JPC)
         -v- :
:    ORDER OF SERVICE
DEPARTMENT OF SANITATION (DSNY), :
:
                       Defendant. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.

    The Clerk of Court is directed to issue a summons as to Defendant "Department of Sanitation (DSNY)" (the New York City Department of Sanitation). Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:   January 26, 2023
          New York, New York

                                                                _____
                                                                   JOHN P. CRONAN
                                                      United States District Judge