```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/08/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS LIBRETTI,

                        Plaintiff,

-against-

DEPARTMENT OF SANITATION,

                        Defendant.

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

22-CV-10561 (JPC) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

In light of the Stipulation of Voluntary Dismissal filed on July 7, 2023 (doc. no 15) the Initial Case Management Conference currently scheduled for **July 20, 2023** is hereby adjourned *sine die*.

**The Clerk of Court is respectfully requested to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
         July 8, 2023

                                        SO ORDERED.

                                        */s/ Katharine H. Parker*
                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge